# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DESSIE FALCON BELLA

VERSUS

MARY KNIEPER AND HENRY
KNIEPER

NO.  2024 CW 0049

**JANUARY 25, 2024**

---

In Re:   Henry   Knieper   and   Mary   Knieper,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 714077.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**   The district court retains jurisdiction to
set and tax attorney's fees after the granting of an order of
appeal.   See La. Code Civ. P. art. 2088(A)(10) as amended by
2021 La. Acts. No. 259.   See also 2021 Official Revision Comment
(a) and **U.S. Bank National Association as Trustee for RFMSI
2005S7 v. Dumas,** 2021-0585 (La. App. 1st Cir. 12/22/21), 340
So.3d 246, 251.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.*

DEPUTY CLERK OF COURT
FOR THE COURT